IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00052 (WLS-TQL-1) |
| | : |
| CHRISTOPHER JAVEL CASON, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

  Presently before the Court is Defendant's Motion to Continue in the Interest of Justice (Doc. 23). Therein, Defendant requests that the Court continue both the pretrial conference that is currently scheduled for December 13, 2022, and the specially set January 9, 2023, trial in this case to the next Valdosta trial term. (*Id.*) Defense Counsel explains that he recently received discovery on November 30, 2022, and needs additional time to review it. (*Id.*) Defense Counsel also contends that continuance would "not unduly prejudice either party" and would best serve the interests of justice. (*Id.*) The Government also does not object to Defendant's Motion to Continue. (Doc. 24).

  The Court notes that this is the first time that a continuance has been requested in this matter by Defendant Cason. Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, for good cause shown, Defendant's Motion to Continue Trial and the Pretrial Conference this matter is **GRANTED**. (Doc. 23).

  Accordingly, it is **ORDERED** that the December 13, 2022, pretrial conference for this case is **CANCELLED**, and the case is **CONTINUED** through the **February 2023 Valdosta Division trial term** and its conclusion, or as may otherwise be ordered by the Court. It is also **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial

1

in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i)[1].

**SO ORDERED**, this   5th    day of December 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court notes that Defendant requests in his Motion for Continuance an extension of time to file certain pretrial motions. (Doc. 23, at 2). The request is not germane to the instant Motion for Continuance (Doc. 23) and therefore is not addressed herein. If Defendant wishes to seek such extension, he must do so by a separate motion.

2