IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00052 (WLS-TQL) |
| | : |
| CHRISTOPHER JAVEL CASON, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is an "Unopposed Motion for Continuance in the Interest of Justice" filed by Defendant Cason on January 12, 2023. (Doc. 27). Therein, Defendant requests a continuance to the next trial term and a cancelation of the pretrial conference that is currently set for January 17, 2023. (*Id.*) Defense Counsel explains that he has another trial scheduled to begin on January 17, 2023, in Macon, Georgia, and that he also needs additional time to review discovery. (*Id.* at 1–2). He further notes that the continuance will not unduly prejudice either Party. (*Id.*)

The Court notes that this is the second time that a continuance has been requested in this matter by Defendant. Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Motion to Continue (Doc. 27) is **GRANTED.** As such, it is **ORDERED** that the January 17, 2023, pretrial conference for this case is **CANCELED**. The Court further **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the **Valdosta Division May 2023 trial term** beginning on May 8, 2023, and its conclusion, or as may otherwise be ordered by the Court.

1

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).[1]

**SO ORDERED**, this ___13th___ day of January 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Defendant, just like in his first Motion for Continuance (Doc. 23), requests the Court to extend the deadline for filing certain pretrial motions. (Doc. 27, at 2). As the Court already noted in its previous Order, (Doc. 25), this request is not germane to the instant Motion for Continuance (Doc. 27). Therefore, this Order does not address it herein. If Defendant wishes to seek such extension, he must do so by timely filing a separate motion.